IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION



2000 AUG 31 A 8: 56

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| ALVIN T. WALTOWER, SR. and | * | CHAPTER 13 CASE NUMBER 98-11600-JSD |
| DEBORAH D. WALTOWER, | * | |
| | * | |
| Debtors. | * | |

## NOTICE TO PRODUCE DOCUMENTS

**NOW COMES**, William J. Wade, as Trustee for Mid-State Homes, Movant in the above-styled case and requires Debtors to produce the documents hereinafter designated by counsel for this Movant before the hearing date on Motion for Relief from Stay to counsel for the Movant, to Mark A. Cleary, P.C., at P.O. Box 16305, 1223 George C. Wilson Drive, Augusta, Georgia, 30919.

(1)

Please produce, as hereinabove requested, copies of all checks, money orders, receipts evidencing payment of mortgage payments, taxes, and insurance from the date the Chapter 13 Case was filed through the date of the hearing on Motion for Relief from Stay.

This _25_ day of _August_, 2000.

MARK A CLEARY
Attorney for Movant

Mark A. Cleary, P.C.
Post Office Box 16305
Augusta, Georgia 30919
(706)860-9995
State Bar No. 129754

## CERTIFICATE OF SERVICE

This is to certify this date I have served a copy of the within and foregoing MOTION FOR RELIEF FROM STAY, PROPOSED ORDER AND REQUEST FOR PRODUCTION OF DOCUMENTS upon the following party, by depositing the same in the United States mail with sufficient postage affixed thereto, to wit:

Zane P. Leiden
Attorney at Law
330 Telfair Street
Augusta, Georgia 30901

Alvin T. Waltower, Sr.
Deborah D. Waltower
1101 Claxton Lively Road
Waynesboro, Georgia 30830

Barnee C. Baxter
Chapter 13 Trustee
P.O. Box 2127
Augusta, Georgia 30903

This 25 day of August, 2000.

Mark A. Cleary
Attorney for Movant

Mark A. Cleary, P. C.
P.O. Box 16305
Augusta, Georgia 30919
706-860-9995
State Bar No. 129754