# United States Bankruptcy Court
## For the Southern District of Georgia

| | |
|---|---|
| In the matter of: ) | Chapter 13 |
| ) | Case Number 98-11600-JSD |
| ALVIN T. WALTOWER, SR. ) | |
| DEBORAH D. WALTOWER ) | |
| ) | **ORDER REQUIRING SERVICE OF MOTION &** |
| ) | **NOTICE OF HEARING** |
| Debtor(s) ) | |

TO: Mark A. Cleary, Attorney for William J. Wade as Trustee for Mid State Homes
P. O. Box 16305
Augusta, GA 30919

The attached notice has been issued in response to the motion which you filed, and

You are required to serve said notice, with a copy of the motion, on the trustee, debtor, debtor's attorney and on those persons specified by the Bankruptcy Rules, or file a written motion for an earlier hearing **instanter**. Co-debtors shall be served if relief is sought under 11 U.S.C. §1301.

You are further required to return this form to the **Clerk, U. S. Bankruptcy Court, P.O. Box 1487, Augusta, Georgia 30903** showing that such service has been made.

Dated September 5, 2000

_John J. Dalis_
John S. Dalis, United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I served a copy of the notice of hearing and motion in the captioned case on the following parties (SHOW NAMES AND ADDRESSES BELOW)

By execution of this certificate and waiver I do hereby waive the provisions of 11 U.S.C. 362(e).

(Signature)
This _____ day of _____

13-13 [Rev. 9/94] VW