IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED
2003 APR 24 PM 4:12
U.S. BANKRUPTCY COURT
AUGUSTA, GA

IN THE MATTER OF: )
ALVIN T & DEBORAH D WALTOWER, SR. ) CHAPTER 13 CASE NO.
1101 CLAXTON LIVELY ROAD )
) 98-11600
WAYNESBORO, GA 30830 )
) SSN 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
DEBTOR )

TO: SAMSON MANUFACTURING
P O BOX 807
ATTN PAYROLL
WAYNESBORO   GA            308300000

RELEASE OF WAGES

The Order heretofore entered in these proceedings by which the debtor's employer was required to pay debtor's earnings, or a portion thereof, to:

CHAPTER 13 TRUSTEE
Post Office Box 2127
Augusta, Georgia  30903

is vacated and the above-named employer will henceforth account directly to the employee for wages earned.

DATED April 21, 2003

_____
United States Bankruptcy Judge

TERRANCE P LEIDEN
ATTORNEY AT LAW
330 TELFAIR ST
AUGUSTA GA              30901                      II.164.08/01

