```
                        UNITED STATES BANKRUPTCY COURT
                          SOUTHERN DISTRICT OF GEORGIA
                                                                            PAGE 1

IN RE:   ALVIN T WALTOWER, SR. and DEBORAH D WALTOWER, SR. CASE NO.      REPORT PRINTED 04/02/03
         1101 CLAXTON LIVELY ROAD                    9811600

         WAYNESBORO, GA           30830-0000


         FINAL REPORT AND ACCOUNT         SS #1: 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
COMPLETED                                 SS #2: 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
PLAN FILED DATE: Jun 16, 1998    PLAN CONFIRMED: Nov  9, 1998    CASE CONCLUDED: Mar 31, 2003
ATTORNEY         TERRANCE P LEIDEN

Your Trustee hereby certifies  that  this  case  has been fully administered, that a detailed record of all
receipts and disbursements has  been  maintained; copies  are  attached to  the original  filed with the Clerk
and incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.         44947.75
```

| CREDITOR NAME | CLM # | CLASS | CLAIM AMOUNT | DEBT ALLOWED | TOTAL PAID | BALANCE DUE | |
|---|---|---|---|---|---|---|---|
| FARMERS FURNITURE - WAYNESBO | 001 | SEC | 1344.21 | 1344.21 | 1699.26 | .00 | |
| * (INCLUDES INTEREST PAID AT 12.00 % OF $ | | | 355.05 ) | | | | |
| MONEY TREE INC | 002 | SEC | 783.42 | 783.42 | 990.40 | .00 | |
| * (INCLUDES INTEREST PAID AT 12.00 % OF $ | | | 206.98 ) | | | | |
| MONEY TREE INC | 003 | SEC | 104.00 | 104.00 | 134.30 | .00 | |
| * (INCLUDES INTEREST PAID AT 12.00 % OF $ | | | 30.30 ) | | | | |
| MONEY TREE INC | 004 | UNS | 317.75 | 317.75 | 317.75 | .00 | |
| ETA | 005 | PRI | 4287.88 | 4287.88 | 4287.88 | .00 | |
| FUTURE FINANCE | 006 | UNS | 378.00 | 378.00 | 378.00 | .00 | |
| SYSTEMS & SERVICES TECHNOLOG | 007 | SEC | 12000.00 | 12000.00 | 15169.32 | .00 | |
| * (INCLUDES INTEREST PAID AT 12.00 % OF $ | | | 3169.32 ) | | | | |
| SYSTEMS & SERVICES TECHNOLOG | 007 | UNS | 358.28 | 358.28 | 358.28 | .00 | |
| FIRST NATIONAL BANK | 008 | SEC | 9500.00 | 9500.00 | 12009.01 | .00 | |
| * (INCLUDES INTEREST PAID AT 12.00 % OF $ | | | 2509.01 ) | | | | |
| FIRST NATIONAL BANK | 008 | UNS | 2034.27 | 2034.27 | 2034.27 | .00 | |
| S & S LOAN SERVICE | 009 | PRI | 795.00 | 795.00 | 795.00 | .00 | |
| FIRST FAMILY FINANCIAL SVC | 010 | SEC | 10286.79 | .00 | .00 | .00 | |
| CITIFINANCIAL | 011 | SEC | 500.00 | 500.00 | 634.04 | .00 | |
| * (INCLUDES INTEREST PAID AT 12.00 % OF $ | | | 134.04 ) | | | | |
| MID-STATE HOMES INC | 012 | OTH | 18634.16 | .00 | .00 | .00 | |
| MID-STATE HOMES INC | 012 | OTH | 2207.61 | 2207.61 | 1120.01 | .00 | RAP * |
| AUGUSTA METRO F C U | 013 | UNS | 536.74 | 536.74 | 536.74 | .00 | |
| AUGUSTA METRO F C U | 014 | SEC | 774.11 | 774.11 | 978.65 | .00 | |
| * (INCLUDES INTEREST PAID AT 12.00 % OF $ | | | 204.54 ) | | | | |

```
      ***
        ***




TERRANCE P LEIDEN
ATTORNEY AT LAW
330 TELFAIR ST
AUGUSTA GA 309010000         PAGE  1 - CONTINUED ON NEXT PAGE
```

CASE NO. 98-11600                                                                                          PAGE 2

| CREDITOR NAME | CLM # | CLASS | CLAIM AMOUNT | DEBT ALLOWED | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| CLERK OF U S BANKRUPTCY COUR | 991 | FFE | .00 | .00 | .00 | .00 |
| CLERK U S BANKRUPTCY COURT | 994 | ADM | .00 | .00 | .00 | .00 |
| TERRANCE P LEIDEN | 999 | ATY | 950.00 | 950.00 | 950.00 | .00 |
| CHAPTER 13 TRUSTEE FEE | | TRU | 2544.84 | 2544.84 | | .00 |
| ALVIN T   WALTOWER, SR. | | REFUNDS | | 10.00 | | |

|  | SECURED | PRIORITY | UNSECURED | ADMIN | ATTY | OTHER | |
|---|---|---|---|---|---|---|---|
| DEBT | 25005.74 | 5082.88 | 3625.04 | 2544.84 | 950.00 | 2217.61 | TOTAL PAID |
| PAID | 31614.98 | 5082.88 | 3625.04 | 2544.84 | 950.00 | 1130.01 | 44947.75 |

/120.

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your petitioner as Trustee and releasing Trustee's surety from all liability on account of the proceedings; closing the estate, and for such other relief as is just.

* Reduced to Amount Paid
* Paid by Insurance

Barnee C. Baxter, Trustee

***
   ***